AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Thursday, 15 February, 2007  01:50:08 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DEBRA A WILLIAMS et al.,**
           **Plaintiffs,**

vs.                                                                 Case Number:   **04-2150**

**CITY OF CHAMPAIGN, et al.,**
           **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of all defendants and against all plaintiffs.  This case is terminated.

                                   ENTER this 15th day of February, 2007.


                                   s/ John M. Waters
                                   _____
                                   JOHN M. WATERS, CLERK


                                   s/S. Johnson
                                   _____
                                   BY:  DEPUTY CLERK